# **EXHIBIT E**

| | |
|---|---|
| **From:** | Kevin Diamond <kdiamond@mepco.com> |
| **To:** | Margaret Chan |
| **Cc:** | Tony Wong |
| **Subject:** | Fw: Clip |
| **Date:** | Tuesday, May 22, 2018 6:20:16 PM |
| **Attachments:** | PMC MEPCO CL guarantee.doc |

**From:** Laura Suwinski <Laura.Suwinski@thewarrantygroup.com>
**Sent:** Tuesday, May 22, 2018 5:14:36 PM
**To:** Kevin Diamond
**Cc:** Anthony Hammes
**Subject:** RE: Clip

Hi Kevin and Anthony,

Apologies for the delay.  Please see the attached guarantee from VSC to Mepco - once agreed upon, I will have it executed by one of the officers here.

Thank you,


Laura Suwinski | Account Executive
TWG Specialty Solutions - Administrative Partnerships
The Warranty Group
175 W. Jackson Blvd., 8th Flr., Chicago, IL 60604
312.356.2387 (O) 586.823.5623 (C)
Laura.Suwinski@thewarrantygroup.com


-----Original Message-----
From: Kevin Diamond [mailto:kdiamond@mepco.com]
Sent: Friday, May 18, 2018 12:35 PM
To: Laura Suwinski <Laura.Suwinski@thewarrantygroup.com>
Cc: Anthony Hammes <ahammes@mepco.com>
Subject: FW: Clip

Hi Laura,
Happy Friday.
Margaret is asking about the acknowledgement.
Any updates?
Thanks
Kevin

-----Original Message-----
From: Margaret Chan <mchan@seaburycapital.com>
Sent: Friday, May 18, 2018 10:36 AM
To: Kevin Diamond <kdiamond@mepco.com>
Subject: Clip

Pls follow up with Acknowledgement letter and how Trust reserve works.

Sent from MChan iPhone

This message is intended only for the addressee and may contain information that is confidential or privileged. Unauthorized use is strictly prohibited and may be unlawful. If you are not the intended recipient, or the person responsible for delivering to the intended recipient, you should not read, copy, disclose or otherwise use this message, except for the purpose of delivery to the addressee. If you have received this email in error, please delete and advise the IT Security department at information[dot]security[at]thewarrantygroup[dot]com immediately.



May 22, 2018

SING for Service, LLC d/b/a MEPCO
205 N. Michigan Ave., Suite 2200
Chicago Il 60601

RE: United Service Contract Group, LLC d/b/a Protect my Car or "PMC"

Dear Sirs:

Whereas, Virginia Surety Company, Inc. ("VSC") has issued a contractual liability insurance policy to PMC to insure PMC's failure to perform its obligations under such insured service contracts due to consumers who finance the retail cost of the service contract with SING for Service, LLC d/b/a MEPCO ("Debtors"); and

Whereas, MEPCO desires assurance that refunds owed to Debtors will be paid to MEPCO where Debtors have an outstanding debt with MEPCO if PMC is unable to perform its refund obligations owed to Debtors.

Now Therefore, VSC agrees as follows:

1. VSC has issued Contractual Liability Policy No. 10136 to United Service Contract Group, LLC ("PMC CL") to insure service contracts where PMC is the obligor and which service contracts have been approved by VSC ("Insured Service Contracts").
2. The PMC CL insures that Debtors can look to VSC for performance of PMC's obligations under an Insured Service Contract in the event of PMC's failure.
3. Where a Debtor has a loan outstanding with MEPCO in connection with an Insured Service Contract and is entitled to a refund of a portion of the Insured Service Contract retail price and PMC is unable to pay the Debtor the refund when due under the Insured Service Contract, VSC agrees to pay the Debtor's refund amount to MEPCO on behalf of PMC under the terms of the PMC CL.

Please let us know if we can provide any additional assistance.

Sincerely,


By:_____
Title:_____
On Behalf of Virginia Surety Company, Inc.

175 W. Jackson Blvd.
Chicago, IL 60604