# EXHIBIT G



October 3, 2018

SING for Service, LLC d/b/a MEPCO
205 N. Michigan Ave., Suite 2200
Chicago Il 60601

RE: United Service Contract Group, LLC d/b/a Protect my Car or "PMC"

Dear Sirs:

Whereas, Virginia Surety Company, Inc. ("VSC") provided a letter to SING for Service, LLC d/b/a MEPCO ("MEPCO") dated May 22, 2018 (the "Letter") and

Whereas, VSC desires to void and restate the terms of that Letter.

Now Therefore, the Letter will be considered void and will have no force or effect. VSC agrees as follows:

1. VSC has issued Contractual Liability Policy No. 10136 to United Service Contract Group, LLC ("PMC CL") to insure service contracts where PMC is the obligor and which service contracts have been approved by VSC ("Insured Service Contracts") upon the failure of PMC.
2. PMC pays VSC an insurance premium ("Insurance Premium") in connection with the PMC CL.
3. MEPCO provides funding for all or a portion of the Insurance Premium due to VSC from PMC. Where a refund under the terms of the Insured Service Contract is due in connection with a loan outstanding with MEPCO and MEPCO has provided the funding for the Insurance Premium in connection with an Insured Service Contract and PMC is out of business, VSC agrees to pay the refund portion of the unearned Insurance Premium VSC received to MEPCO.

Please let us know if we can provide any additional assistance.

Sincerely,

By: Aaron E. Lunt
Title: Assistant Vice President
On Behalf of Virginia Surety Company, Inc.

175 W. Jackson Blvd.
Chicago, IL 60604