UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

SING FOR SERVICE, LLC, d/b/a MEPCO, a
Delaware limited liability company,

                Plaintiff,

   -against-

UNITED SERVICE CONTRACT GROUP, LLC,
d/b/a PROTECT MY CAR and PMC, a New Jersey
limited liability company, UNITED SERVICE
CONTRACT GROUP OF FLORIDA, INC., a
Florida Corporation, CRAIG RUBINO, JOSEPH
RUBINO, VIRGINIA SURETY COMPANY,
INC., a Missouri corporation,

               Defendants.

----------------------------------------------------------------

No. 20-CV-08458-JSR

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Virginia Surety Company, Inc. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

        **Assurant, Inc.**

Dated: New York, New York
       December 2, 2020

_____
Andrew T. Solomon [AS9200]