UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

SING FOR SERVICE, LLC, d/b/a MEPCO,

        Plaintiff,

        v.

UNITED SERVICE CONTRACT GROUP, LLC, et al.,

        Defendants.

------------------------------------------------------------x

Case No. 20-cv-8458 (JSR)

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendants United Service Contract Group, LLC and United Service Contract Group of Florida, Inc. (private non-governmental parties) certifies that the following are corporate parents, affiliates and/or subsidiaries of said parties, which are publicly held.

**None.**

Date: 12/10/2020

By: /s/ Edmund M. O'Toole_____
    Edmund M. O'Toole
VENABLE LLP
1270 Avenue of the Americas
24th Floor
New York, New York 10020
Tel: (212) 953-3388
Fax: (212) 307-5598
emotoole@Venable.com

*Attorneys for Defendants United Service Contract Group, LLC, United Service Contract Group of Florida, Inc., and Craig Rubino*